AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Northstar location Services, LLC
was received by me on *(date)* 10/1/14 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Leisinger , who is
designated by law to accept service of process on behalf of *(name of organization)* Northstar location
Services, LLC on *(date)* 10/2/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 40.00 for services, for a total of $ 4 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/14

Server's signature

Colin Cain - First Choice process Serving, LLC
Printed name and title    SOLE MEMBER

PO. Box 526 Amherst, NY 14226
Server's address

Additional information regarding attempted service, etc:

Sworn to and Subscribed
before me on 10/2/14

Donna J Cain

DONNA J CAIN
Notary Public - State of New York
NO. 01CA6256031
Qualified in Erie County
My Commission Expires 2/21/16